**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| RAFAELLA INNELLA           v.  LENAPE VALLEY FOUNDATION, et al. | CIVIL ACTION  NO. 14-2862 |
|---|---|

### ORDER RE: MOTION TO DISMISS

**AND NOW**, this 8th day of July, 2014, for the reasons stated in the foregoing memorandum, Lenape Valley Foundation's motion to dismiss (ECF 6) is granted without prejudice. Plaintiff may file an amended complaint within fourteen (14) days.

BY THE COURT:

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 14\14-2862 innella v. lenape\14cv2862.mtd.ord.doc