# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| RAFAELLA INNELLA<br><br>v.<br><br>LENAPE VALLEY FOUNDATION, et al. | CIVIL ACTION<br><br>NO.  14-2862 |
|---|---|

## ORDER RE: MOTION TO DISMISS AMENDED COMPLAINT

**AND NOW**, this 29th day of September, 2014, for the reasons stated in the foregoing memorandum, it is **ORDERED** that Counts II and III are **DMISSED.**

                                              BY THE COURT:

                                              /s/ Michael M. Baylson

                                              _____
                                              **MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 14\14-2862 innella v. lenape\14cv2862.mtd.amend.complaint.ord.doc