# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RAFAELLA INNELLA**<br><br>     v.<br><br>**LENAPE VALLEY FOUNDATION, et al.** | **CIVIL ACTION**<br><br>**NO. 14-2862** |

## ORDER RE: MOTION TO DISMISS AMENDED COMPLAINT

**AND NOW**, this 23rd day of December, 2015, for the reasons stated in the foregoing memorandum, upon consideration of Defendant Lenape Valley Foundation's Motion for Summary Judgment (Dkt. 55) and all responses, replies, memoranda, and submissions thereto, it is hereby ORDERED that:

1. Defendant's Motion for Summary Judgment with regard to Plaintiff's claim for interference under 29 U.S.C. § 2615(a)(1) is DENIED; and

2. Defendant's Motion for Summary Judgment with regard to Plaintiff's claim for retaliation under 29 U.S.C. § 2615(a)(2) is GRANTED.

                                        BY THE COURT:

                                        /s/ Michael M. Baylson
                                        **MICHAEL M. BAYLSON, U.S.D.J.**

O:\Lana.2015\Innella v. LVF 14-2862\Order MSJ.doc